UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Summit Almonds, LLC , <br><br> Plaintiff, <br><br> v. <br><br> Uttam Chand Rakesh Kumar , <br><br> Defendant. | Case No.  2:23-cv-02698-TLN-AC <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant **Uttam Chand Rakesh Kumar,** an Indian General Partnership, in the amount of **$7,733,091.53.**

September 18, 2024

KEITH HOLLAND, CLERK

By: /s/  J. Donati
J. Donati, Deputy Clerk